RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
CHARLES E. LAUFFER, JR.
State Bar No. 11989400
ATTORNEYS FOR Southside Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MALCOLM E. DOAN | § | CASE NO. 21-90069 |
| XXX-XX-1585 | § | |
| NORMA M. DOAN | § | CHAPTER 7 |
| XXX-XX-8004 | § | |
| | § | |
| DEBTORS | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO ALL PARTIES, please take notice that:

COMES NOW, CHARLES E. LAUFFER, JR., of RITCHESON, LAUFFER & VINCENT, P.C. and files this its Notice of Appearance and Request for Notices as counsel for Southside Bank in the above-referenced matter, and pursuant to Bankruptcy Rules 2002, 3017, 9010, and 2017 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address and telephone number listed below.

PLEASE TAKE FURTHER NOTICE that Southside Bank intends that neither this Notice nor any later appearance, pleading, claim, or suit shall waive: (a) Southside Bank's right to have final

orders in non-core matters entered only after de novo review by a District Court; (b) Southside Bank's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) Southside Bank's rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which Southside Bank is or may be entitled.

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT, P.C.
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
charlesl@rllawfirm.net

BY: _____
CHARLES E. LAUFFER, JR.
STATE BAR NO. 11989400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed by United States mail, postage prepaid and/or electronic means, to:

Malcolm E Doan and Norma M. Doan
112 Wortham Dr.
Nacogdoches TX 75965-2462\

Stephen J. Zayler
123 E Lufkin Ave.
PO BOX 150743
Lufkin TX 75915-0743

Michael P. Wallace
9399 E State Hwy 204
Jacksonville TX 75766

on this the 13th day of July, 2021.

CHARLES E. LAUFFER, JR.